AL MASON, t/a Al Mason, Inc. *v.* STATE OF MARYLAND

[No. 365, September Term, 1969.]

*Decided March 5, 1970.*

The cause was argued before MURPHY, C.J., and AN-
DERSON, MORTON, ORTH, and THOMPSON, JJ.

*Edwin Shapiro* (*Roland Walker* on the brief) for ap-
pellant.

*James L. Bundy, Assistant Attorney General,* with
whom were *Francis B. Burch, Attorney General, Samuel
A. Green, Jr., State's Attorney for Baltimore County,* and
*L. Robert Evans* and *Gary Huddles, Assistant State's At-
torneys for Baltimore County,* on the brief, for appellee.

PER CURIAM.

Appellant was indicted for violating the provisions of
Maryland Code Art. 56, Sec. 230A—the so-called Mary-
land "blockbusting" statute. He moved to dismiss the in-
dictment on the ground that the statute was violative of
his rights under the first amendment to the Federal Con-
stitution and Article 40 of the Maryland Declaration of
Rights. The Motion was denied and he filed the instant
appeal. The State moved to dismiss the appeal on the
ground that the lower court's order denying the Motion
to Dismiss the Indictment was interlocutory in nature
and not immediately reviewable by this Court. We think
the State's Motion is well founded, *Raimondi v. State,*
8 Md. App. 468, and the appeal is dismissed.

> *Appeal dismissed, the Man-
> date of this Court to issue
> forthwith.*